TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tanya Hamm*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tanya Hamm, | Case No.: 2:17-cv-03821-JJT |
|---|---|
| Plaintiff, | |
| vs. | |
| Equifax Information Services, LLC, et al., | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1  RESPECTFULLY SUBMITTED this 5th day of December, 2017.

3  KENT LAW OFFICES

6  By: /s/ Trinette G. Kent
Trinette G. Kent
Attorney for Plaintiff,
Tanya Hamm