TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tanya Hamm*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tanya Hamm, | Case No.: 2:17-cv-03821-JJT |
|---|---|
| Plaintiff, | |
| vs. | |
| Equifax Information Services, LLC, et al., | **NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK, ONLY** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Synchrony Bank, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Synchrony Bank, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 17th day of January, 2018.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENT LAW OFFICES


By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorney for Plaintiff,
Tanya Hamm