NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm, | No. CV-17-03821-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, *et al.*, | |
| Defendants. | |

A Notice of Settlement as to Defendant Synchrony Bank, Only (Doc. 25) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice as to Defendant Synchrony Bank only, 60 days after the docketing of this order unless the Plaintiff or Defendant Synchrony Bank files a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim as to these two parties only. All pending hearings and motions relating to Plaintiff and Defendant Synchrony Bank are deemed moot.

Dated this 18th day of January, 2018.

Honorable John J. Tuchi
United States District Judge