TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tanya Hamm*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>Defendants. | Case No.:  2:17-cv-03821-JJT<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian

Information Solutions, Inc., in the above-captioned case have reached a

1

settlement.  The parties anticipate filing a Stipulation of Dismissal with

Prejudice as to Defendant Experian Information Solutions, Inc. ONLY,

pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 14th day of November 2018.

KENT LAW OFFICES


By:    */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Tanya Hamm

2