IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm, | No. CV-17-03821-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, *et al.*, | |
| Defendants. | |

A Notice of Settlement as to Defendant Experian Information Solutions, Inc., Only (Doc. 56) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only, 60 days after the docketing of this order unless the Plaintiff or Defendant Experian Information Solutions, Inc. files a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim as to these two parties only. All pending hearings and motions relating to Plaintiff and Defendant Experian Information Solutions, Inc. are deemed moot.

Dated this 16th day of November, 2018.

Honorable John J. Tuchi
United States District Judge