TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tanya Hamm*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm, | Case No.:  2:17-cv-03821-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO** |
| | **DEFENDANT TRANS UNION, LLC** |
| Experian Information Solutions, Inc., et al., | **ONLY** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC,

in the above-captioned case have reached a settlement.  The parties anticipate

1

1
2
3

filing a Stipulation of Dismissal with Prejudice as to Defendant Trans Union,

LLC ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

4

RESPECTFULLY SUBMITTED this 7th day of December 2018.

5
6

KENT LAW OFFICES

7
8
9
10

By:   */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Tanya Hamm

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28