# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, *et al.*,<br><br>    Defendants. | No. CV-17-03821-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., Only, with Prejudice (Doc. 62). Upon consideration and good cause appearing,

**IT IS ORDERED** granting parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., Only, with Prejudice (Doc. 62).

Dated this 2nd day of January, 2019.

Honorable John J. Tuchi
United States District Judge