# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Hamm,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, *et al.*,<br><br>　　　　　Defendants. | No. CV-17-03821-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation for Dismissal with Prejudice of Defendant Trans Union, LLC (Doc. 64). Upon consideration and good cause appearing,

**IT IS ORDERED** granting parties' Stipulation for Dismissal of Defendant Trans Union, LLC (Doc. 64). Trans Union, LLC is dismissed with prejudice. As Trans Union, LLC was the final remaining defendant,

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this case.

Dated this 3rd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　United States District Judge